**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

UNITED STATES OF AMERICA

    v.

IBRAHIM AYYUB KHAN

No. 1:26-mj-00110-JCN

**PROSECUTION VERSION OF THE OFFENSE**

On about April 3, 2026, in the District of Maine, the defendant, an alien, knowingly and unlawfully entered into the United States in Somerset County, in the State and District of Maine, from the country of Canada, at a place not designated by immigration officers as a lawful Port of Entry of the United States for the entrance of immigrants into the United States.

In this regard, the defendant, a citizen of the United Kingdom, and three other men, walked through the heavily wooded border of the Province of Quebec and the State of Maine during the pre-dawn hours of April 3, 2026. Their point of entry was within a few hundred yards of the Saint Zacharie, Maine port of entry that was manned by agents of U.S. Customs and Border Protection Office of Field Operations ("OFO"). Upon exiting the woods, the defendant and his companions began walking down the Golden Road heading east.

Passersby in the area reported seeing the four men walking east on the Golden Road to an OFO agent at the Saint Zacharie port of entry. The OFO agent reported the sighting to the U.S. Border Patrol Station ("BP") in Jackman, Maine. A BP agent and an OFO agent responded to the area of the sighting in a marked BP vehicle. The two officers observed fresh footprints on the soft dirt of the Golden Road. As they drove

further south, the two observed four individuals near mile mark 87 who appeared to be attempting to conceal themselves behind vegetation growing on a roadside berm.

The two officers took the four men into custody without incident. When questioned about their citizenship, the defendant and his three companions stated they were citizens of the United Kingdom. The four were transported back to the Jackman, Maine Border Patrol station in a different Border Patrol vehicle.

If this case had proceeded to trial, the Government would have presented the testimony of the BP and OFO Agents involved in the events described above. The Government would have also offered data recovered from the cellular devices of members of the group, including several "selfie" videos taken by one member of the group depicting the group's trek through the woods. In one such video, the individual taking the video announces to the group that they were now on U.S. soil.

Date: April 28, 2026                    Respectfully submitted,

                                        ANDREW B. BENSON
                                        United States Attorney


BY:    */s/ Joel B. Casey*
                                        Joel B. Casey
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        202 Harlow Street, Room 10100
                                        Bangor, ME  04401
                                        (207) 945-0373
                                        Joel.Casey@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I filed the Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Chris Nielsen, Esq.
Counsel for the Defendant


ANDREW B. BENSON
United States Attorney

BY:   */s/ Joel B. Casey*
Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 10100
Bangor, ME  04401
(207) 945-0373
Joel.Casey@usdoj.gov

3